US DISTRICT COURT
1100 COMMERECE STREET
#1952
DALLAS TEXAS 75245

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 6 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

CIVIL CASE # TXS-2023

Amount: $15,636.30

Filed 01/24/2023    PLAINTIFF: Johnie Ray Blankenship

3-23CV0256-D    VS

DEFENDANT: Land & Deed Office
500 S. Fillmore
Suite 201 / P.O. Box 9638,
Amarillo Texas 79101

Taxes payed in the amount of $15,636.30 on the propertys. The Biltmore Hotel 3d Street & Bucannen, Amarillo Texas 79101

Acording to Law Cod. 101 Cod. 103 Cod. 107 of the Law book where froud has bin camited in the state of Texas by Hud Houseing vouture was sind for that property the Biltmore Hotel that propery has bin closed down so long owners has not payed there property taxes tax bill 38 give Mr Johnic Ray Blankenship to apeal the Rite to that property under state Law. Tax Bill 38 good in Enly Court Thank you Judge

Acording to Law Hud Houseing here in Phoenix AR zay 85007 in same as Hud Houseing in Huster Texas and the Land Office will respectfully take that vauture in Amarillo Texas for the back tax

Thank you Judge

US DISTRICT COURT
CLERK OFFICE
1100 COMMERCE STREET
#1952
DALLAS, TEXAS 75245

DATE: 01/27/2023

John Ray Blackly
232 S. 12 AVENUE,
PHOENIX ARIZONA 85007
ACTING ATTORNEY AT LAW

FEDERAL Judge
US DISTRICT COURT
OF APEALS
CLERK OFFICE
1100 COMMERCE STREET
DALLAS TEXAS 75245

Witt.

Witt.

Form **SSA-561-U2** (12-2016) uf (12-2016)
Prior Edition May Be Used Until Exhausted
Social Security Administration

Page 3 of 4

OMB No. 0960-0622

# REQUEST FOR RECONSIDERATION

J.R.B.

| NAME OF CLAIMANT: | CLAIMANT SSN: | CLAIM NUMBER: *(If different than SSN)* |
|---|---|---|
| Johnie Roy Blankenship | 405027934 | 405027934-A |

**ISSUE BEING APPEALED:** *(Specify if retirement, disability, hospital or medical, SSI, SVB, overpayment, etc.)*

ISSUE ONE I till have made over 65 Dollars my benefites cant be stoped nor my PASA + Hospital Doctor visets with the ofice of ACCESS has tryed to Deny my my rite must be Reinstated

I do not agree with the Social Security Administration's (SSA) determination and request reconsideration. According to law

My reasons are: My Education and Nolige of the law I have the rite to file that valture AT HUD Houseing Athor'ty HUD list the state of Arizona Phoenix ofise, And the HUD Houseing Athorlty in Huster Texas is same ofise in texas can take

my valture pay this no taxes
put that Decd in my name
as now owner of the alture of Crownpoint

---

### SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB) RECONSIDERATION ONLY

### THREE WAYS TO APPEAL

I want to appeal your determination about my claim for **SSI** or **SVB**. I have read about the three ways to appeal. I have checked the box below:

☐ **CASE REVIEW** - You can pick this kind of appeal in all cases. You can give us more facts to add to your file. Then we will decide your case again. You do not meet with the person who decides your case.

☒ **INFORMAL CONFERENCE** - You can pick this kind of appeal in all SSI cases except for medical issues. In SVB cases, you can pick this kind of appeal only if we are stopping or lowering your SVB payment. You will meet with a person who will decide your case. You can tell that person why you think you are right. You can give us more facts to help prove you are right. You can bring other people to help explain your case.

☐ **FORMAL CONFERENCE** - You can pick this kind of appeal only if we are stopping or lowering your SSI or SVB payment. This meeting is like an informal conference, but we can also get people to come in and help prove you are right. We can do this even if they do not want to help you. You can question these people at your meeting.

## CONTACT INFORMATION

| CLAIMANT SIGNATURE - *OPTIONAL:* | NAME OF CLAIMANT'S REPRESENTATIVE: *(If any)* |
|---|---|
| John Roy Blankenship | Johnie Roy Blankenship |
| MAILING ADDRESS: | MAILING ADDRESS: 232 S. 12 Avenue |
| CITY: Phoenix  STATE: Arizona  ZIP CODE: 85007 | CITY: Phoenix  STATE: Arizona  ZIP CODE: 85007 |
| TELEPHONE NUMBER: *(Include area code)* 480-386-4355   DATE: 01/27/2023 | TELEPHONE NUMBER: *(Include area code)* 480-386-4355   DATE: 01/27/2023 |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

1. HAS INITIAL DETERMINATION BEEN MADE?   ☐ Yes ☐ No
2. IS THIS REQUEST FILED TIMELY?   ☐ Yes ☐ No
   *(If "NO", attach claimant's explanation for delay. Refer to GN 03102.125)*

**FIELD OFFICE DEVELOPMENT (GN 03102.300)**
☐ NO FURTHER DEVELOPMENT REQUIRED
☐ REQUIRED DEVELOPMENT ATTACHED
☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SOCIAL SECURITY OFFICE ADDRESS AND DATE APPEAL RECEIVED:

**SSI CASES ONLY - GOLDBERG KELLY (GK)**
**(SI 02301.310)** RECIPIENT APPEALED AN ADVERSE ACTION:
☐ WITHIN 10 DAYS AFTER RECEIVING THE ADVANCE NOTICE;
☐ AFTER THE 10-DAY PERIOD AND GOOD CAUSE EXISTS FOR EXTENDING THE TIME LIMIT
☐ PAYMENT CONTINUATION APPLIES AND INPUT MADE TO SYSTEM

**NOTE:** Take or mail the **completed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service post and keep a copy for your records.

J.R.B Service Point
Claimant
STM53



PHOENIX AZ 852

27 JAN 2023 PM 9 L

RECEIVED 5
FEB 6 2023
MAIL ROOM

John Roy Blankinship
1232 S. 12 AVENUE
Phoenix, Arizona 85007
Acting Attorney AT LAW.

ATT. JO The US DISTRICT COURT
CLERKS OFFICE
1100 Commerce Street
#1952
Dallas, Texas 75245.

75242-131052