IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNIE RAY BLANKENSHIP, § | |
|     PLAINTIFF, § | |
| § | |
| V. § | CIVIL CASE NO. 3:23-CV-0256-D |
| § | |
| LAND & DEED OFFICE, § | |
|     DEFENDANT. § | |

## JUDGMENT

The court has entered its order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge in this case. It is therefore ordered and adjudged that this action is dismissed without prejudice for lack of subject matter jurisdiction.

Done at Dallas, Texas March 23, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE